No. 277, Misc. ROMANO *v.* MURPHY, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 430, Misc. IN RE BIRRELL. Motion for leave to file petition for writ of prohibition and mandamus denied. *Richard H. Wels* for petitioner. *Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* filed a brief in opposition.

No. 275. MANZANILLO *v.* UNITED STATES. Certiorari, 355 U. S. 809, to the Court of Claims. The writ of certiorari is dismissed for failure to comply with paragraph 1 of Rule 36 of the Rules of this Court.

No. 751. PARFUMS CORDAY, INC., *v.* UNITED STATES; and
No. 752. LANVIN PARFUMS, INC., *v.* UNITED STATES. Appeals from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Samuel I. Rosenman, Seymour D. Lewis* and *Joseph Hochman* for appellant in No. 751. *Simon H. Rifkind* and *Walter J. Derenberg* for appellant in No. 752. *Solicitor General Rankin* for the United States.